# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2011

142765

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHRISTINA McCAHAN,
            Plaintiff-Appellant,

v                                                    SC: 142765
                                                     COA: 292379
                                                     Court of Claims: 08-000147-MZ

SAMUEL KELLY BRENNAN,
            Defendant,

and

UNIVERSITY OF MICHIGAN REGENTS,
            Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 1, 2011 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the plaintiff's failure to comply with the notice requirement of MCL 600.6431(3) foreclosed her claim against the University of Michigan Regents. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2011 _____

p0719                                    _____
                                                     Clerk